PER CURIAM.

The initial review of this case prompted us to inform the appellant, Lawrence Ingram, that we were contemplating summary affirmance on our own motion and afforded him an opportunity to submit a memorandum addressing the underlying merits. See Rule 8(d), Revised Rules of the United States Court of Appeals for the Tenth Circuit (1970). Additionally, the appellee has filed a motion to affirm with supporting suggestions.

Pursuant to Rule 43(c), Federal Rules of Appellate Procedure, R. J. Gaffney, Warden, the successor to Warden Sherman H. Crouse, has been substituted as the proper appellee.

We have now carefully reviewed the files and record in this case and are thoroughly convinced that the judgment of the district court is correct. Concluding that there is no need for further argument on the unsubstantial questions presented, the motion to affirm is granted for the reasons stated by the district court in 322 F.Supp. 1328 (D.C.Kan. 1970). See No. 260–70, Gafford v. Warden, United States Penitentiary, etc., et al., 434 F.2d 318 (10th Cir., November 16, 1970).

Thomas E. Johnson (argued), of Bouldin & Johnson, Tucson, Ariz., for appellant.

Thomas N. Crowe, Asst. U. S. Atty. (argued), Richard K. Burke, U. S. Atty., Rubin Salter, Jr., James M. Wilkes, Asst. U. S. Attys., Tucson, Ariz., for appellee.

Before MERRILL, KOELSCH and DUNIWAY, Circuit Judges.

PER CURIAM:

Plaintiff Leona Comeau brought this Federal Torts Claim damage action against the United States to recover for injuries she suffered in a fall at the Community Center of Davis Monthan Air Force Base, Tucson, Arizona. She appeals from a District Court judgment entered against her. The only issue presented on this appeal is whether the District Court's findings of fact were clearly erroneous. We do not find them so.

Judgment affirmed.

Leona COMEAU, a widow, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 24604.

United States Court of Appeals, Ninth Circuit.

March 15, 1971.

Randall J. DENNISON, Plaintiff and Appellant,

v.

Melvin LAIRD, Secretary of Defense, et al., Appellees.

No. 24622.

United States Court of Appeals, Ninth Circuit.

March 12, 1971.